IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WINFRED LEON WALKER, § | |
| Plaintiff, § | |
| § | |
| V. § | C.A. NO. C-07-61 |
| § | |
| DIRECTOR GARY JOHNSON, ET AL., § | |
| Defendants. § | |

## MEMORANDUM OPINION AND ORDER OF TRANSFER

In this civil rights action plaintiff complains of the actions of officials at the TDCJ-CID's Dominguez Unit in handcuffing prisoners behind their backs when it is cold (D.E. 1). The Dominguez Unit is located in Bexar County, which is in the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4).

Venue in federal question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). A district court has the authority to transfer a case in the interest of justice to another district or division in which the action might have been brought. 28 U.S.C. §§ 1404, 1406; Balawajder v. Scott, 160 F.3d 1066, 1067 (5th Cir. 1998). The alleged events giving rise to plaintiff's claim occurred in Bexar County, Texas and the defendants are located in Bexar County. The interests of justice require a transfer.

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Western District of Texas, San Antonio Division. All pending motions are denied without prejudice, subject to renewal after the case is transferred.

ORDERED this 7th day of February, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE